IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES AND FIDUCIARIES of the IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS; et al.. <br>                *Plaintiffs,* <br>        v. <br><br> BARRY L. BOWLES, et al. <br>                *Defendants.* | : <br> : <br> : <br> : <br> :   **CIVIL ACTION NO. 20-02249** <br> : <br> : <br> : <br> : <br> : |

**WITHDRAWAL BY VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby withdraw the above captioned lawsuit by voluntary dismissing it **without** prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                                          **CLEARY, JOSEM & TRIGIANI, LLP**

                                          BY:  */s/ Ryan R. Sweeney*
                                          REGINA C. HERTZIG, ESQUIRE
                                          RYAN R. SWEENEY, ESQUIRE
                                          Constitution Place
                                          325 Chestnut Street, Suite 200
                                          Philadelphia, PA 19106
                                          (215) 735-9099

Dated:  December 30, 2020

                                        So Ordered.

                                                         _____

                                                         KAREN SPENCER MARSTON, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES AND FIDUCIARIES of the IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS; et al.. : : : : : *Plaintiffs,* : v. : : BARRY L. BOWLES, et al. : *Defendants.* : | **CIVIL ACTION NO. 20-02249** |

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused true and correct copies of the foregoing Withdrawal By Voluntary Dismissal Without Prejudice to be mailed to the parties below by First Class Mail, postage prepaid, on the date indicated below:

Barry L. Bowles
43430 East Florida Avenue
Hemet, California 92544


Barry L. Bowles, Principal
BNC Contractors
43430 East Florida Avenue
Hemet, CA  92544


**CLEARY, JOSEM & TRIGIANI, LLP**

BY:  *s/ Ryan R. Sweeney*
      RYAN R. SWEENEY, ESQUIRE
      Constitution Place
      325 Chestnut Street, Suite 200
      Philadelphia, PA 19106
      (215) 735-9099
      Attorneys for Plaintiffs

Dated:  December 30, 2020